# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JANETTE JONES,** | : | |
| **Plaintiff** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **MICHAEL J. ASTRUE,** | : | **No. 08-2304** |
| **Commissioner of the** | : | |
| **Social Security Administration,** | : | |
| **Defendant** | : | |
| | : | |

FILED

MAR 2   2009

MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## ORDER

**William H. Yohn Jr., J.**

AND NOW, this **24** day of *March*, 2009, upon consideration of Plaintiff's request for review, and Defendant's response, and after careful review of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice, *and no objection having been filed* IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The Plaintiff's request for review is GRANTED.

3. This matter is REMANDED to the Commissioner for review consistent with this report and recommendation.

BY THE COURT:

WILLIAM H. YOHN JR., J.